# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

August 30, 2016

To: Meredith Martin Addy
Daniel I. Konieczny

Re: Appeal No. 16-2307, In re: Openings

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- In an appeal from an agency, the petitioner or appellant must serve and file its initial brief within 60 days after the certified list or index is served. Fed. Cir. R. 31(a)(1)(B)

  Motion incorrectly calculated Appellant's opening brief deadline. Appellant's opening brief is currently due October 20, 2016. Please refer to Entry #11 on the Docket.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Thomas L. Casagrande
Christina Hieber
Nathan K. Kelley
Mary Beth Walker